IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:06cr7DCB-JCS

KEITH PARKER

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Indictment against KEITH PARKER, without prejudice.

DUNN LAMPTON
United States Attorney

By: ＿s/ Richard T. Starrett＿
RICHARD T. STARRETT
Assistant U.S. Attorney
MS Bar No. 7800

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 16th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE